# *United States Court of Appeals for the Federal Circuit*

FILED
AUG 2 1 2006
U.S. COURT OF FEDERAL CLAIMS

05-5125

HEIDI A. JENTOFT,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## *JUDGMENT*

*ON APPEAL from the* UNITED STATES COURT OF FEDERAL CLAIMS

*in Case NO(S).* 03-CV-1812

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED IN PART, VACATED IN PART, AND REMANDED

*ENTERED BY ORDER OF THE COURT*

*DATED* MAY - 8 2006

Jan Horbaly

*Jan Horbaly, Clerk*

ISSUED AS A MANDATE: AUG 2 1 2006

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: A.M. Andreas Date: 8/21/06