IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEIDI A. JENTOFT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1812C |
| | ) | (Judge Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David M. Hibey, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David M. Hibey
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)307-0163
Fax: (202)514-8624
E-mail:David.Hibey@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

Dated: March 26, 2007

s/ David M. Hibey
David M. Hibey
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-307-0163
David.Hibey@usdoj.gov

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this, 26th day of March, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey