# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HEIDI A. JENTOFT, Plaintiff, | ) | No. 03-1812 |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | Filed March 27, 2007 |

ORDER

Due to a scheduling conflict, the telephonic status conference currently scheduled for Friday, April 6, 2007 at 10 a.m. has been changed to **Monday, April 9, 2007 at 10 a.m.** Both parties have consented to this change. The purpose of the call is to discuss further proceedings in this case. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge