IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEIDI A. JENTOFT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1812C |
| | ) | (Judge Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, and plaintiff, Heidi A. Jentoff (the "Parties"), respectfully request that the Court enlarge by 90 days, to and including July 5, 2007, the deadline for fact discovery in the above-titled matter. This is the first request by the parties for an enlargement of time for this purpose. Fact discovery is currently scheduled to conclude on April 6, 2007.

The parties believe that this matter is ripe for settlement. Nevertheless, counsel for the Government was recently assigned this matter and only made his entry of appearance on March 26, 2007. Enlarging the time allowed for fact discovery will allow counsel for the Government to become more familiar with the particulars of the case and will also allow the parties to continue to engage in settlement discussions, while still preserving the parties' capacity to complete discovery should negotiations falter.

Granting this request for an enlargement should not cause any material inconvenience, prejudice, or delay. Indeed, aside from the April 6 deadline for the close of fact discovery, this Court has set no other procedural deadlines. Accordingly, we respectfully request that this Court enlarge by 90 days, to and including July 5, 2007, the deadline for fact discovery in this matter,

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/Michael Crain
MICHAEL CRAIN

Oliver-Crain P.C.
297 Prince Ave.
Suite 24
Athens, GA 30601
Tel: 706-548-0970
Fax: 706-369-8869

Attorneys for Plaintiff

April 5, 2007

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of April 2007, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey