# In the United States Court of Federal Claims

HEIDI A. JENTOFT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-1812

Filed April 9, 2007

ORDER

Pursuant to the Court's orders of October 6, 2006 and March 27, 2007, the parties participated with the Court in a telephonic status conference on April 9, 2007 to discuss the course of future proceedings in this case, as contemplated by the last paragraph of the Court's order of October 6, 2006.

The parties advised the Court that they were pursuing efforts to reach a settlement of plaintiff's remaining claim. The parties stated that they believed they would have a better sense of the likelihood of settlement in 30 days. Accordingly, the Court and the parties scheduled a further telephonic status conference for **Thursday, May 10, 2007 at 10 a.m.** The Court will initiate the call.

The Court will defer ruling on the parties' joint motion for an enlargement of time to complete discovery (docket entry 52) until the parties have reported on their settlement discussions at the status conference on May 10.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge