# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HEIDI A. JENTOFT, Plaintiff, | ) | No. 03-1812 |
| v. | ) | Filed May 10, 2007 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

Pursuant to the order filed April 9, 2007, the parties participated with the Court in a telephonic status conference on May 10, 2007.

Counsel reported that they believe they are very close to settling the case. The Court requested that counsel advise the Court if and when their settlement discussions result in an agreed resolution. In the meantime, the Court discussed with counsel a proposed schedule for further proceedings. In light of that discussion the Court does hereby **ORDER** that:

1) The parties' joint motion for a 90-day enlargement of time within which to complete discovery is **GRANTED**. The parties shall complete discovery by **Friday, August 10, 2007.**

2) Counsel shall meet and accomplish the tasks described in paragraph 13 of Appendix A to the Court's Rules by **Friday, August 17, 2007.**

3) Plaintiff shall file her memorandum of contentions of fact and law, witness list and exhibit list in accordance with paragraphs 14 – 16 of Appendix A by **Friday, August 24, 2007.**

4) Defendant shall file its memorandum of contentions of fact and law, witness list and exhibit list in accordance with paragraphs 14 – 16 of Appendix A by **Friday, August 31, 2007.**

5) Each party shall cause two copies of its trial exhibits to be delivered to chambers in paper form by **Monday, September 10, 2007.** The parties

shall also file any motions in limine and objections to the trial exhibits of the other party by **Monday, September 10, 2007.**

6) Each party shall file any oppositions to the other party's motions in limine and responses to the other party's objections to trial exhibits by **Monday**, **September 17, 2007.**

7) The pretrial conference will be held on **Monday September 24, 2007 beginning at 10 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.** The Court will file prior to the pretrial conference a proposed order governing trial procedures. The parties will file prior to the pretrial conference a stipulation setting forth all factual matters as to which they agree, in accordance with paragraph 17 of Appendix A. At the pretrial conference and after consultation with counsel the Court will finalize the order governing trial procedures, rule on any motions in limine and, to the extent possible, on any objections to trial exhibits. The Court and counsel will also consider consolidating the trial exhibits listed by both parties into a set of joint exhibits, in accordance with paragraph 18 of Appendix A.

8) Trial will commence at **9:30 a.m. on Monday, October 1, 2007**, at a location to be proposed by the parties at or before the conclusion of discovery. Such location shall be chosen with a view toward accommodating the convenience of the parties and witnesses.

9) The Court will set aside the week of October 1, 2007 for the conduct of the trial, expecting, however, that the trial will not take the entire week.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge