# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HEIDI A. JENTOFT,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1812<br><br>Filed September 13, 2007 |

**ORDER**

Following up on the Court's order filed May 10, 2007, the Court has repeatedly been advised by counsel that they are close to finalizing a settlement of the remaining issues in this case, but no stipulation of dismissal has been filed in the four months since the Court's order of May 10. In the meantime, the parties have failed to comply with a number of the deadlines set forth in the Court's order of May 10. The Court has reserved the week of October 1 for the trial of this case at a location to be determined. In addition, the Court has scheduled a pretrial conference for Monday, September 24, 2007 at 10 a.m. However, due to a scheduling conflict with a bid protest case on the Court's docket, the Court does hereby **ORDER** that the pretrial conference will not be held on September 24. Instead, the pretrial conference will be held on **Tuesday, September 25, 2007 at 10 a.m. at the National Courts Building**, 717 Madison Place, N.W., Washington, D.C.

Finally, the Court does hereby **FURTHER ORDER** that the parties shall participate with the Court in a telephonic status conference on **Monday, September 17, 2007 at 10 a.m.** The Court will initiate the call. During the status conference, the parties shall be prepared to respond, in detail and with specificity, to the Court's questions regarding the status of the parties' settlement efforts. The Court will also expect the parties to be prepared to discuss their views as to the location of the trial. In addition, the Court will advise the parties of the provisions it intends to embody in an order governing the procedures and logistics for the conduct of the trial.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge