# In the United States Court of Federal Claims

| | |
|---|---|
| HEIDI A. JENTOFT, Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-1812<br>Filed September 17, 2007 |

**ORDER**

Pursuant to the Court's order filed September 13, 2007 (docket entry 55), the Court and the parties participated in a telephonic status conference on September 17, 2007. The parties advised the Court that they have reached a settlement of the remaining issues in the case and that their written settlement agreement has been signed by plaintiff and by the authorized representative of the Attorney General. The parties further advised the Court that they expect to file a stipulation of dismissal by **Friday, September 21, 2007**. In view of the foregoing and in accordance with the parties' request, the Court does hereby **ORDER** as follows:

1) The pretrial conference, scheduled for **September 25, 2007**, is cancelled.

2) The trial, scheduled to begin **October 1, 2007**, is also cancelled.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge