IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEIDI A. JENTOFT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1812C |
| | ) | (Judge Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the rules of this Court, it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed with prejudice and without costs or fees to either party.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s Michael O. Crain
MICHAEL O. CRAIN
The Bottleworks
297 Prince Avenue
Suite 24
Athens, GA 30601
Tel: (706) 548-0970
Fax: (706) 369-8869

Attorney for Plaintiff

/s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

September 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David M. Hibey